IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARCELLIN JEAN,**

    Petitioner,

vs.                        Case No.: 4:11cv392-RH/WCS

**ERIC H. HOLDER, JR.,
JANET NAPOLITANO,
MICHAEL ROZOS,
DAVID HARVEY, and
DEPARTMENT OF
HOMELAND SECURITY**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

This case was initiated on August 12, 2011, doc. 1, with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner alleged that Respondents are unable to effect his removal to Haiti, yet refuse to release him. *Id.*, at 2. Petitioner is not challenging the validity of the removal order, only his indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.,* at 2.

Respondents filed a motion to dismiss on September 23, 2011, asserting this case is moot because Petitioner has now been removed to Haiti. Doc. 9. Respondents

state that Petitioner was removed on September 13, 2011.  *Id.*  Attached to the motion is a verification of removal.  Doc. 9, Ex. 1.

Because Petitioner has essentially received the relief sought and is no longer held in detention, this case should be dismissed as moot.  No further judicial remedy is available.

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus, doc. 1, be **DISMISSED as moot** because Petitioner is no longer held in custody nor is Petitioner in detention.

**IN CHAMBERS** at Tallahassee, Florida, on September 26, 2011.

   S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**